Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660

**VIA ECF**

June 21, 2017

The Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Cannon v. DirecTV, LLC, Case No. 1:17-cv-01721 (LAK)**
      **Leave to Reopen Case**

Dear Judge Kaplan:

We are counsel for Plaintiff Bill Cannon in the above-captioned proceeding. On May 16, 2017, we wrote to the Court requesting an administrative dismissal of this matter pending the parties' formalization of their settlement in principle. The parties and their counsel have worked diligently to finalize the terms of their settlement, but require additional time to arrange for the execution of the parties' settlement agreement. Accordingly, on behalf of both parties to this matter, Plaintiff requests that the Court extend the deadline by which to reopen this matter by another 30 days, or until July 22, 2017, pending his filing of a notice of dismissal within that period.

The Court's consideration is much appreciated.

Respectfully submitted,

Kamanta C. Kettle

Counsel for Plaintiff Bill Cannon

cc: Chad Rutkowski (via e-mail)
Counsel for Defendant DirecTV, LLC
CRutkowski@bakerlaw.com